# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| KEVIN MILLETTE, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Docket nos. 2:16-cr-004-NT |
| UNITED STATES OF AMERICA, | ) 2:17-cv-105-NT ) |
| Respondent. | ) ) ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 26, 2018, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255 (ECF No. 66). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED.** The Defendant's Motion to Vacate, Set Aside, or Correct sentence is **DENIED**. No certificate of appealability shall issue because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

/s/ Nancy Torresen  
United States Chief District Judge

Dated this 19th day of July, 2018.